UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MADALYNN ALEXANDER, an individual; <br> JAMES STEWART, an individual; <br> ANNA TYSELING, an individual; <br> KYLE FELLERS, an individual; <br> DMITRIY MIRONENKO, an individual; <br> ARTHUR DYACHK, and individual; <br> ARIELLE RADELET, an individual; <br> JOHN BOYD, an individual; <br> LEXUS VANG, an individual; <br> MARIA NARANJO, an individual; and <br> MICHAEL ORME, an individual, <br><br> Defendants. | Civil Action No. 17-cv-1221 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE |

Pursuant to Federal Rules of Civil Procedure 7.1 and LCR 7.1, Plaintiff states that it is owned by Millennium Funding, Inc., and no publicly held corporation owns 10% or more of its stock.

RESPECTFULLY SUBMITTED August 11, 2017.

        s/David A. Lowe, WSBA No. 24,453
        Lowe@LoweGrahamJones.com
        LOWE GRAHAM JONES<sup>PLLC</sup>
        701 Fifth Avenue, Suite 4800
        Seattle, WA 98104
        T: 206.381.3300

        Attorneys for Plaintiff

CORPORATE DISCLOSURE
Civil Action No. 17-cv-1221
INIP-6-0080P10 CDS

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301