United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | JUDGMENT IN A CIVIL CASE |
| v. | |
| MADALYNN ALEXANDER, *et al.*, | CASE NUMBER: C17-1221RSL |

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of plaintiff and against defendants in the following amounts:

Defendants are jointly and severally liable for statutory damages in the amount of $750;

Defendant Madalynn Alexander is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.
Defendant James Stewart is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.
Defendant Anna Tyseling is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.
Defendant Kyle Fellers is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.
Defendant Dmitriy Mironenko is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.
Defendant Arthur Dyachk is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.
Defendant Arielle Radelet is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.
Defendant Lexus Vang is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.
Defendant Maria Naranjo is individually liable for attorneys' fees in the amount of $466.00 and costs in the amount of $153.00.

October 15, 2018

William M. McCool
Clerk

/s/Sharita Tolliver
By, Deputy Clerk